**MORGAN, LEWIS & BOCKIUS LLP**
John P. Lavelle, Jr.
502 Carnegie Center
Princeton, New Jersey 08540-6241
Tel: (609) 919-6688
Fax: (609) 919-6701
jlavelle@morganlewis.com

*Attorneys for Defendant Funai Corporation, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORMA OLIVER and MATT TOMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FUNAI CORPORATION, INC.<br><br>Defendants**.** | Civil Action No.: 2:14-cv-04531-JLL-JAD<br><br>Class Action<br><br>**NOTICE OF MOTION TO DISMISS** |

TO: All Counsel of Record

PLEASE TAKE NOTICE that on the 6th day of October 2014, or as soon thereafter as counsel can be heard, Morgan, Lewis & Bockius LLP (John P. Lavelle, Jr., Esq., appearing), shall move before the Honorable Jose L. Linares, on behalf of Defendant Funai Corporation, Inc., to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6).

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Defendant shall rely upon the accompanying Memorandum of Law in Support of Funai Corporation, Inc.'s Motion To Dismiss, Declaration of John P. Lavelle, Jr., and a proposed form of Order.

Oral argument is respectfully requested.

Dated: September 3, 2014            **MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ *John P. Lavelle, Jr.*
John P. Lavelle, Jr.
502 Carnegie Center
Princeton, New Jersey 08540-6241
Tel: (609) 919-6688
Fax: (609) 919-6701
jlavelle@morganlewis.com

*Attorneys for Defendant Funai Corporation, Inc.*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 3rd day of September 2014, a true and correct copy of the foregoing Notice of Motion, a Memorandum of Law In Support of Defendant Funai Corporation, Inc.'s Motion to Dismiss, Declaration of John P. Lavelle, Jr., and a proposed form of Order was filed and served via ECF on the following:

Stefan L. Coleman
LAW OFFICES OF STEFAN COLEMAN, LLC
1072 Madison Avenue, Suite 1
Lakewood, New Jersey 08701

Rafey S. Balabanian
Amir Missaghi
EDELSON, P.C.
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

Steven L. Woodrow, Esq.
EDELSON, P.C.
999 West 18th Street, Suite 3000
Denver, Colorado 80202
*Attorneys for Plaintiff*

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr.