# THE LAW OFFICES OF
# STEFAN COLEMAN, PLLC

1072 Madison Ave, Ste 1, Lakewood, NJ 08701
201 West 74th St, Ste 8A, New York, NY 10023
201 S Biscayne Blvd, 28th Floor, Miami, Fl 33131

PHONE (877) 333-9427 | FAX (888) 498-8946              NEW YORK | NEW JERSEY | FLORIDA
EMAIL: LAW@STEFANCOLEMAN.COM                                        CLASSACTION.WS

September 11, 2014

<u>Via ECF Filing</u>

Clerk of the Court
United States District Court for the District of New Jersey
Courtroom MLK5D
Martin Luther King Building and U.S. Courthouse
50 Walnut Street Room 4015
Newark, New Jersey 07101

      **Re:** *Oliver, et al. v. Funai Corporation, Inc.*
           <u>U.S. District Court, District of New Jersey, No. 2:14-cv-04532-JLL-JAD</u>

Dear Clerk of the Court:

      In accordance with Local Civil Rule 7.1(d)(5), Plaintiffs Norma Oliver and Matt Toms (together "Plaintiffs") seek an automatic extension of the time to file their papers in opposition to Defendant Funai Corporation, Inc.'s Motion to Dismiss (Dkt. 8). The original noticed motion day of October 6, 2014 has not been previously extended or adjourned. Plaintiffs are invoking the provisions of Rule 7.1(d)(5) before September 22, 2014, which is the date when Plaintiffs' opposition papers would otherwise be due. The new motion day is October 20, 2014.

                                    Respectfully submitted,

                                      /s/ Stefan L. Coleman

                                    Stefan L. Coleman