# EXHIBIT A

Stefan L. Coleman (#000382009)
*Attorney for the Plaintiff*
LAW OFFICES OF STEFAN COLEMAN, LLC
1072 Madison Ave., Suite 1
Lakewood, New Jersey 08701
877.333.9247

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORMA OLIVER and MATT TOMS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FUNAI CORPORATION, INC.<br><br>*Defendants*. | CERTIFICATION OF STEFAN L. COLEMAN IN SUPPORT OF MOTION FOR ADMISSION OF MEGAN L. LINDSEY AND STEVEN L. WOODROW *PRO HAC VICE*<br><br>Case No.: 2:14-cv-04532(JLL)(JAD) |

**I, STEFAN L. COLEMAN**, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey with the law firm of Law Offices of Stefan L. Coleman, LLC and I am counsel for the Plaintiffs in this matter.

2. I submit this certification in support of Plaintiffs' motion to admit Megan L. Lindsey and Steven L. Woodrow *pro hac vice* to represent the Plaintiffs in the above-captioned matter. The Plaintiffs have requested that Ms. Lindsey and

Mr. Woodrow represent them and appear on their behalf in all phases of litigation of this matter.

  3. I am a member in good standing of the bar of the State of New Jersey, where I was admitted to practice in June of 2009. I also am admitted before the United States District Court for the District of New Jersey, and I am in good standing with this Court.

  4. If this motion is granted, in accordance with Local Rule 11.1, I will sign all pleadings, briefs and other papers filed with the Court and shall be held responsible for them, the conduct of the litigation and the attorneys referenced in Paragraph 2 above.

  5. I certify that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 22, 2014    By: /s/ Stefan Coleman
                 Stefan L. Coleman
                 *Attorney for Plaintiffs*