## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORMA OLIVER and MATT TOMS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>FUNAI CORPORATION, INC.<br><br>*Defendants.* | ORDER FOR ADMISSION OF MEGAN L. LINDSEY AND STEVEN L. WOODROW *PRO HAC VICE*<br><br>Case No.: 2:14-cv-04532(JLL)(JAD) |

This matter having been brought before the Court by Stefan L. Coleman of the Law Offices of Stefan L. Coleman, LLC, counsel for Plaintiffs, on a motion to allow Megan L. Lindsey and Steven L. Woodrow to appear and participate in the above captioned matter *pro hac*, the Court, having considered the moving papers, this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

IT IS on this 7th day of October, 2014

**ORDERED** that Plaintiffs' motion be and hereby is granted; and it is further

**ORDERED** that Steven L. Woodrow be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that Megan L. Lindsey be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

1

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of The Law Offices of Stefan L. Coleman, LLC, attorney of record for Plaintiffs, who is admitted to practice before this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2); and it is further ✱

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall notify the Court immediately of any disciplinary charges brought against them in the bar of any other court; and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, R. 1:21-7, as amended; and it is

✱ ORDERED that all counsel admitted pro hac vice in accordance with this Order shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey, in accordance with L. Civ. R. 101(c)(3); and it is further

2

further

**ORDERED** that Stefan L. Coleman may file a request with the Clerk of the Court, the form of which is available on the Court's website, for *pro hac vice* counsel to receive electronic notifications in this matter.

Hon. Joseph A. Dickson
United States Magistrate Judge

3