Stefan L. Coleman (#000382009)
*Attorney for the Plaintiffs*
LAW OFFICES OF STEFAN COLEMAN, LLC
1072 Madison Ave, Suite 1
Lakewood New Jersey 08701
877.333.9427

Stefan L. Coleman
*Attorney for Plaintiff*

Dated: December 17, 2014

By: ___s/ Stefan L. Coleman___

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NORMA OLIVER and MATT TOMS individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>FUNAI CORPORATION, INC., a New Jersey corporation,<br><br>*Defendant*. | Case No. 2:14-cv-04532-JLL-JAD<br><br>**NOTICE OF MOTION FOR ADMISSION OF RAFEY S. BALABANIAN, BENJAMIN H. RICHMAN, AND EVE-LYNN J. RAPP** *PRO HAC VICE* |

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 101.1 of the United States District Court for the District of New Jersey, Stefan L. Coleman, counsel for the Plaintiffs, Norma Oliver and Matt Toms ("Plaintiffs"), hereby request the entry of an Order admitting Rafey S. Balabanian, Benjamin H. Richman, and Eve-Lynn J. Rapp of Edelson PC, to practice before this Court in this matter *pro hac vice,* on behalf of the Plaintiffs.

**PLEASE TAKE FURTHER NOTICE** that the Plaintiffs will rely upon the attached certifications is support of this application;

**PLEASE TAKE FURTHER NOTICE** that a form of Order is being submitted with this Notice of Motion.