Stefan L. Coleman (#000382009)
*Attorney for the Plaintiffs*
LAW OFFICES OF STEFAN COLEMAN, LLC
1072 Madison Ave, Suite 1
Lakewood New Jersey 08701
877.333.9427

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORMA OLIVER and MATT TOMS individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>FUNAI CORPORATION, INC., a New Jersey corporation,<br><br>*Defendant*. | Case No. 2:14-cv-04532-JLL-JAD<br><br>**CERTIFICATION OF STEFAN L. COLEMAN IN SUPPORT OF MOTION FOR ADMISSION OF RAFEY S. BALABANIAN, BENJAMIN H. RICHMAN, AND EVE-LYNN J. RAPP *PRO HAC VICE*** |

I, **STEFAN L. COLEMAN**, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey with the law firm of Law Office of Stefan L. Coleman, LLC, counsel for the Plaintiffs, Norma Oliver and Matt Toms ("Plaintiffs") in this matter.

2. I submit this certification in support of the Plaintiffs' motion to admit Rafey S. Balabanian, Benjamin H. Richman, and Eve-Lynn J. Rapp *pro hac vice* to represent the Plaintiffs in the above-captioned matter. The Plaintiffs have requested that Mr. Balabanian, Mr. Richman, and Ms. Rapp, represent them and appear on their behalf in all phases of trial of this matter.

3. I am a member in good standing of the bar of the State of New Jersey, where I was admitted to practice in June of 2009. I am also admitted to practice before the United States District Court for the District of New Jersey, and I am in good standing with this Court.

1

4. If this motion is granted, in accordance with L. Civ. R. 101.1, I will sign all pleadings, briefs and other papers filed with the Court and shall be held responsible for them, the conduct of the litigation and for the attorneys referenced in Paragraph 2 above.

5. I certify that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Stefan L. Coleman
*Attorney for Plaintiffs*

Dated: December 17, 2014        By:   s/ Stefan L. Coleman
                                      STEFAN L. COLEMAN

2