Stefan L. Coleman (#000382009)
*Attorney for the Plaintiffs*
LAW OFFICES OF STEFAN COLEMAN, LLC
1072 Madison Ave, Suite 1
Lakewood New Jersey 08701
877.333.9427

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NORMA OLIVER and MATT TOMS individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>FUNAI CORPORATION, INC., a New Jersey corporation,<br><br>*Defendant*. | Case No. 2:14-cv-04532-JLL-JAD<br><br>**CERTIFICATE OF FILING AND SERVICE** |

    I hereby certify that on this date I caused a copy of the following documents to be electronically filed with the United States District Court for the District of New Jersey:

       1. Notice of Motion for *Pro Hac Vice* Admissions;

       2. Certification of Stefan L. Coleman;

       3. Certifications of Rafey S. Balabanian, Benjamin H. Richman and Eve-Lynn J. Rapp;

       4. Proposed Order; and

       5. Certificate of Filing and Service.

    I further certify that I caused a copy of these documents to be served on this date, on counsel for Defendant via CM/ECF system.

Dated: December 17, 2014

Stefan L. Coleman
*Attorney for Plaintiffs,*

By: ___s/ Stefan L. Coleman___