Stefan L. Coleman (#000382009)
*Attorney for the Plaintiffs*
LAW OFFICES OF STEFAN COLEMAN, LLC
1072 Madison Ave, Suite 1
Lakewood New Jersey 08701
877.333.9427

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORMA OLIVER and MATT TOMS individually and on behalf of all others similarly situated, | Case No. 2:14-cv-04532-JLL-JAD |
| *Plaintiffs,* | **ORDER FOR ADMISSION OF RAFEY S. BALABANIAN, BENJAMIN H. RICHMAN, AND EVE-LYNN J. RAPP** *PRO HAC VICE* |
| *v.* | |
| FUNAI CORPORATION, INC., a New Jersey corporation, | |
| *Defendant.* | |

This matter having been brought before the Court by Stefan L. Coleman of The Law Offices of Stefan L. Coleman, LLC, counsel for the Plaintiffs, Norma Oliver and Matt Toms ("Plaintiffs"), on a motion to allow Rafey S. Balabanian, Benjamin H. Richman, and Eve-Lynn J. Rapp to appear and participate in the above captioned matter *pro hac vice* [Docket Entry No. 47 ]; and the Court having considered the moving papers; and opposing counsel having consented to this motion; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

IT IS on this day of March, 2015,

**ORDERED** that Plaintiffs' motion be and hereby is granted; and it is further

**ORDERED** that Rafey S. Balabanian, a member in good standing of the bar of the State of Illinois, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

1

**ORDERED** that Benjamin H. Richman, a member in good standing of the bar of the State of Illinois, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that Eve-Lynn J. Rapp, a member in good standing of the bar of the State of Illinois, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of The Law Offices of Stefan L. Coleman, LLC, attorney of record for Plaintiffs, who are admitted to the practice before this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall _each_ pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2); and it is further ※

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall notify this Court immediately of any disciplinary charges brought against them in the bar of any other court; and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court

2

ORDERED that all counsel admitted pro hac vice in accordance with this Order shall _each_ make a payment of $150.00 to the Clerk of the Court pursuant to Local Civil Rule 101.1(c)(3); and it is further

Contingency Fee Rule, R. 1:21-7, as amended; and it is further

**ORDERED** that Stefan L. Coleman of The Law Offices of Stefan L. Coleman, LLC may file a request with the Clerk of the Court, the form of which is available on the Court's website, for *pro hac vice* counsel to receive electronic notifications in this matter.

Hon. Joseph A. Dickson
**United States Magistrate Judge**

3