John P. Lavelle, Jr.
New Jersey Attorney I.D. No. 004891989
**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540-6241
Tel: (609) 919-6688
Fax: (609) 919-6701
jlavelle@morganlewis.com

*Attorneys for Defendant Funai Corporation, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORMA OLIVER and MATT TOMS, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Civil Action No.: 2:14-cv-4532(JLL)(JAD) |
| v. | |
| FUNAI CORPORATION, INC., a New Jersey corporation, and FUNAI ELECTRIC CO., LTD., a Japanese corporation. | CLASS ACTION **NOTICE OF MOTION TO DISMISS** |
| Defendants. | |

TO: All Counsel of Record

PLEASE TAKE NOTICE that on the 18th day of May 2015, or as soon thereafter as counsel can be heard, Morgan, Lewis & Bockius LLP (John P. Lavelle, Jr., Esq., appearing), shall move before the Honorable Jose L. Linares, on

behalf of Defendant Funai Corporation, Inc., to dismiss the Amended Complaint under Federal Rule of Civil Procedure 12(b)(6).

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Defendant shall rely upon the accompanying Memorandum of Law in Support of Funai Corporation, Inc.'s Motion To Dismiss, Plaintiffs' Amended Complaint, Declaration of John P. Lavelle, Jr., and a proposed form of Order.

Oral argument is respectfully requested.

Respectfully submitted,

Dated: April 24, 2015

By: *s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr.
New Jersey Attorney I.D. No. 004891989
**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540-6241
Tel: (609) 919-6688
Fax: (609) 919-6701
jlavelle@morganlewis.com

*Attorney for Defendant*
*Funai Corporation, Inc.*

# **CERTIFICATE OF SERVICE**

I do hereby certify that on this 24th day of April 2015, a true and correct copy of the foregoing Notice of Motion, Memorandum of Law In Support of Defendant Funai Corporation, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint, Declaration of John P. Lavelle, Jr., and a proposed form of Order was filed and served via ECF on the following:

Stefan L. Coleman
LAW OFFICES OF STEFAN COLEMAN, LLC
1072 Madison Avenue, Suite 1
Lakewood, New Jersey 08701

Rafey S. Balabanian
Benjamin H. Richman
Eve-Lynn J. Rapp
EDELSON, P.C.
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

Steven L. Woodrow
Megan L. Lindsey
EDELSON, P.C.
999 West 18th Street, Suite 3000
Denver, Colorado 80202

*Attorneys for Plaintiff*

/s/ John P. Lavelle, Jr.
John P. Lavelle, Jr.