NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORMA OLIVER and MATT TOMS, individually and on behalf of all others similarly situated et al, <br><br> Plaintiffs, <br><br> v. <br><br> FUNAI CORPORATION, INC., et al, <br><br> Defendants. | Civil Action No. 14-cv-04532 <br><br> ORDER |

JOSE L. LINARES, U.S.D.J.

This matter comes before the Court upon motion by Defendant, Funai Corporation, Inc., (hereinafter "Funai Corp"), (ECF No. 52), and motion by Defendant, Funai Electric Co., LTD., (hereinafter "Funai Electric"), (ECF No. 53), to dismiss the amended complaint. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, no oral argument was heard. Upon consideration of the Parties' submissions, and for the reasons articulated in this Court's corresponding Opinion,

IT IS on this 25th day of June, 2015,

**ORDERED** that Funai Corp's Motion to Dismiss, (ECF No. 52), is **granted in part and denied in part**; and it is further

**ORDERED** that Funai Electric's Motion to Dismiss, (ECF No. 53), is **granted in part and denied in part**; and it is further

1

**ORDERED** that Plaintiffs shall have twenty (20) days from the date of this Order to file a second amended complaint pursuant to the findings of this Court's corresponding Opinion.

**IT IS SO ORDERED.**

_____
JOSE L. LINARES, U.S.D.J.