UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORMA OLIVER and MATT TOMS individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>FUNAI CORPORATION, INC., a New Jersey corporation,<br><br>*Defendant.* | Case No. 2:14-cv-04532-JLL-JAD |

REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and
2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION

Benjamin H. Richman
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
brichman@edelson.com