**Edelson PC**

350 North LaSalle Street, 13th Floor, Chicago, Illinois 60654
t 312.589.6370 | f 312.589.6378 | www.edelson.com

January 28, 2016

<u>VIA FEDERAL EXPRESS</u>
Honorable Joseph A. Dickson, U.S.M.J
United States District Court for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street, Courtroom MLK5D
Newark, New Jersey 07101

Re:   *Oliver, et al. v. Funai Corporation, Inc.* No. 14-cv-04532-JLL-JAD (D.N.J)

Dear Magistrate Dickson:

Plaintiffs Norma Oliver and Matt Toms respectfully submit the instant letter to request that the Court excuse the appearance of their local counsel, Stefan Coleman, from the Rule 16 Conference that is scheduled to take place before Your Honor on February 5, 2016. (Dkt. 101.) Mr. Coleman is scheduled to be out of the country on that date.

Plaintiffs will be represented in-person by either Eve-Lynn J. Rapp or Benjamin H. Richman of Edelson PC, who serve as lead counsel for Plaintiffs in this matter and have been granted leave to appear *pro hac vice*. Mrs. Rapp and Mr. Richman are fully knowledgeable of the factual and legal issues in case and, as lead counsel, are authorized to make decisions regarding the various matters that may arise during the conference.

I have conferred with counsel for Defendant Funai Corporation, Inc. and am authorized to state that they have no objection to the instant request.

Respectfully submitted,

EDELSON PC

*/s/ Eve-Lynn J. Rapp*

Eve-Lynn J. Rapp

Chicago | San Francisco