# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORMA OLIVER and MATT TOMS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FUNAI CORPORATION, INC., a New Jersey corporation, FUNAI ELECTRIC CO., LTD., a Japanese corporation,<br><br>*Defendants*. | Case No. 2:14-cv-04532-JLL-JAD<br><br>Hon. Jose L. Linares<br><br>Magistrate Judge Joseph A. Dickson |

## CONSENT ORDER FOR ADMISSION OF COURTNEY C. BOOTH *PRO HAC VICE*

This matter having been brought before the Court by Stefan L. Coleman of the Law Offices of Stefan L. Coleman, LLC, counsel for the Plaintiffs, Norma Oliver and Matt Toms ("Plaintiffs"), on a request to allow Courtney C. Booth to appear and participate in the above-captioned matter *pro hac vice* (Docket Entry No. 116); and the Court having considered the moving papers; and opposing counsel having consented to this request; and for good cause shown;

IT IS on this 25th day of October 2016,

**ORDERED** that Plaintiffs' request be and hereby is granted; and it is further

**ORDERED** that Courtney C. Booth, a member in good standing of the bar of the State of Illinois, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of the Law Offices of Stefan L. Coleman, LLC, attorney of record for Plaintiffs, who are admitted to practice before this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that Ms. Booth shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101(c)(2) and make a payment of $150.00 to the Clerk of the United States District Court of New Jersey.

**ORDERED** that Ms. Booth shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Ms. Booth shall notify this Court immediately of any disciplinary charges brought against her in the bar of any other court; and it is further

**ORDERED** that Ms. Booth shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, R. 1:21-7, as amended; and it is further

**ORDERED** that Stefan L. Coleman of the Law Offices of Stefan L. Coleman, LLC may file a request with the Clerk of the Court, the form of which is available on the Court's website, for *pro hac vice* counsel to receive electronic notifications in this matter.

*[signature]*

**JOSEPH A. DICKSON**
**United States Magistrate Judge**