LAW OFFICES OF
# STEFAN COLEMAN, P.A.

December 19, 2016

**VIA ECF AND FACSIMILE**

Honorable Joseph A. Dickson, U.S.M.J
United States District Court for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street, Courtroom MLK5D
Newark, New Jersey 07101

Re:   *Oliver, et al. v. Funai Corp., Inc.* No. 14-cv-04532-JLL-JAD

Dear Magistrate Judge Dickson:

The Parties in the above-referenced matter are scheduled to have a telephonic status conference tomorrow, December 20, 2016, at 10:30 a.m. (*See* Dkt. 121.) Since the last status conference, the Parties have substantially completed written discovery and are set to embark on expert and oral discovery. However, over the last couple of weeks the Parties have begun discussing the possibility of resolving the case through a second private mediation. They expect to know for certain whether they will proceed with a mediation within the next two weeks and, for the sake of efficiency, respectfully request that the Court continue tomorrow's status by two weeks, or to such other date and time that is convenient for the Court. To the extent the Parties determine they will proceed with mediation before that time, they will, of course, alert the Court as appropriate.

Additionally, my firm further requests, without opposition from defense counsel, that the Court excuse my appearance at the telephonic status and allow Plaintiffs to be represented at the hearing by Courtney C. Booth and/or Benjamin H. Richman of Edelson PC, who serve as lead counsel in this matter and have been granted leave to appear *pro hac vice*.

Counsel for Plaintiffs has conferred with counsel for Defendant, and Defendant joins in the relief requested herein.

LAW OFFICES OF
# STEFAN COLEMAN, P.A.

Thank you for your time and attention in this matter.

                    Respectfully submitted,
             Law Offices of Stefan Coleman, P.A.

                    /s/ Stefan Coleman

                    Stefan Coleman
                    law@stefancoleman.com
                    1072 Madison Avenue
                    Lakewood, New Jersey 08701
                    Tel: 877.333.9427
                    Fax: 888.498.8946