LAW OFFICES OF
# STEFAN COLEMAN, P.A.

March 10, 2017

**VIA ECF**

Honorable Joseph A. Dickson, U.S.M.J
United States District Court for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street, Courtroom MLK5D
Newark, New Jersey 07101

Re: *Oliver, et al. v. Funai Corp., Inc.* No. 14-cv-04532-JLL-JAD

Dear Magistrate Judge Dickson:

On January 13th, the Parties to the above-referenced matter appeared before Your Honor for a telephonic status conference. At that time, counsel for both sides explained that through the exchange of significant written discovery and discussions amongst them, the Parties had determined to attempt to reach a mediated resolution of this matter with the assistance of the Honorable Wayne R. Andersen (ret.) of JAMS (Chicago). (The Parties subsequently set a private mediation with Judge Andersen (ret.) for March 8th in Chicago.) As a result, on that same day Your Honor suspended all pending dates and deadlines in the matter and requested that Plaintiff submit a status letter no later than March 10th.

Despite their efforts, the Parties were unable to reach a resolution at the mediation on March 8th. Notwithstanding, they intend to continue their discussions over the next week to see if their dispute cannot still be resolved. Accordingly, the Parties propose that they submit a further status report within seven days—i.e., no later than March 17th—at which point they would alert Your Honor as to whether they have been able to resolve this matter. To the extent their efforts prove unsuccessful, the Parties would propose at that time an amended schedule of case deadlines.

Counsel for Plaintiffs has conferred with counsel for Defendant, and Defendant joins in the relief requested herein.

LAW OFFICES OF
# STEFAN COLEMAN, P.A.

Thank you for your time and attention in this matter.

Respectfully submitted,

Law Offices of Stefan Coleman, P.A.

/s/ Stefan L. Coleman

Stefan Coleman
law@stefancoleman.com
1072 Madison Avenue
Lakewood, New Jersey 08701
Tel: 877.333.9427
Fax: 888.498.8946

**SO ORDERED**

*s/Joseph A. Dickson*
Joseph A. Dickson, U.S.M.J.
Date: 3/13/17