LAW OFFICES OF
# STEFAN COLEMAN, P.A.

March 17, 2017

**VIA ECF**

Honorable Joseph A. Dickson, U.S.M.J
United States District Court for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street, Courtroom MLK5D
Newark, New Jersey 07101

Re:   *Oliver, et al. v. Funai Corp., Inc.* No. 14-cv-04532-JLL-JAD

Dear Magistrate Judge Dickson:

The undersigned counsel represent the Plaintiffs in this matter. On March 13th, we informed the Court that although the Parties had been unable to reach a settlement during their recent private mediation, they intended to continue their discussions in hopes of ultimately doing so. Accordingly, the Court allowed the Parties until March 17th to submit a further status report. (Dkt. 129.)

In the intervening days, the Parties have indeed continued their settlement discussions and made significant progress. As a result—and acknowledging that the Court has been exceedingly patient with them to this point—the Parties respectfully request an additional seven (7) days, through and including March 24th, to complete their discussions and submit a further report. Of course, if these ongoing efforts were to prove unsuccessful, the Parties would propose at that time an amended schedule of case deadlines.

Counsel for Plaintiffs has conferred with counsel for Defendant, and Defendant joins in the relief requested herein.

**SO ORDERED**

*s/Joseph A. Dickson*
Joseph A. Dickson, U.S.M.J.
Date. 3/20/17

NEW YORK | NEW JERSEY | FLORIDA                                                              1

LAW OFFICES OF
STEFAN COLEMAN, P.A.

Thank you for your time and attention in this matter.

        Respectfully submitted,

        Law Offices of Stefan Coleman, P.A.

        /s/ Stefan L. Coleman

        Stefan Coleman
        law@stefancoleman.com
        1072 Madison Avenue
        Lakewood, New Jersey 08701
        Tel: 877.333.9427
        Fax: 888.498.8946